[Civ. No. 2178.  First Appellate District.—September 20, 1917.]

W. E. CRUSE, Appellant, v. C. W. ADAMS, Respondent.

CLAIM AND DELIVERY — MORTGAGED PERSONAL PROPERTY — AMOUNT OF
ALTERNATIVE JUDGMENT.—In an action in claim and delivery to
recover the possession of mortgaged personal property, the alterna-
tive, portion of the judgment in favor of the defendant who ad-
mitted plaintiff's ownership but justified retention under the mort-
gage is properly for the value of the property without regard .to
the amount due on the mortgage, where the only question litigated
was the right to the possession of the property.

APPEAL from a judgment of the Superior Court of Fresno
County. H. Z. Austin, Judge.

The facts are stated in the opinion of the court.

J. O. Traber, and A. Ellenburg, for Appellant.

Ernest Klette, for Respondent.

THE COURT.—This action was in claim and delivery to
recover possession of certain personal property. Defendant
admitted ownership in the plaintiff, but justified his retention
of the property under a chattel mortgage executed by plain-
tiff.

Upon the institution of the proceedings the sheriff took pos-
session of the property and subsequently delivered the same
to plaintiff.

The trial court rendered judgment in favor of the defend-
ant for the return of the property or, in the event that de-
livery thereof could not be had, then for the sum of $937.50,
the value thereof.

It is the claim of the appellant that the alternative portion
of the judgment represents a sum in excess of the amount
due on the indebtedness existing between the parties and
secured by the chattel mortgage. We have no means of de-
termining this fact. That question was not involved in the
action nor determined therein, which was purely possessory
in its nature, and the only question litigated was the right
to the possession of the property. The form of judgment was
the only one authorized.

Judgment affirmed.